# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00369-CV

**In re Michael McCann**

## ORIGINAL PROCEEDING FROM RUNNELS COUNTY

## M E M O R A N D U M   O P I N I O N

On June 1, 2012, relator Michael McCann filed a petition for writ of mandamus, seeking to compel the trial court to rule on his motion for default and summary judgment. The trial court has since provided this Court with a final order, signed on August 2, 2012, granting McCann's motion for default judgment. Accordingly, this petition for writ of mandamus is now moot. We dismiss the petition for writ of mandamus.

_____

Diane M. Henson, Justice

Before Justices Puryear, Pemberton, and Henson

Filed:  August 22, 2012